# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cedric Monroe ,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                             3:09cv24

Michael J. Astrue,
Commissioner of Social Security

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 16, 2009 Order.

                                                      Signed: October 16, 2009

Frank G. Johns, Clerk
United States District Court